UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MICKYAS BERHANEMESKEL,

Plaintiff,

v.

NDOC, *et al.*,

Defendants.

Case No. 2:25-cv-01962-MMD-MDC

ORDER

## I. DISCUSSION

On February 13, 2026, the Court directed Plaintiff Mickyas Berhanemeskel to file his current address with the Court within 30 days. (ECF No. 5.) The Court's order came back as undeliverable, and Berhanemeskel did not file an updated address within 30 days. (ECF No. 6.) On March 25, 2026, the Court dismissed the case without prejudice, entered judgment, and closed the case. (ECF Nos. 7, 8.)

Berhanemeskel has now filed a motion that appears to deal with a missed deadline in a different case. (ECF No. 10.) Because that motion appears unrelated to this case, the Court denies the motion. However, included with that motion is a letter in which he states that he wishes to pursue two previously dismissed cases, including this case, and he asks for a copy of his Complaint so that he can refile it with the Court. (ECF No. 10-1.)

There is a per page charge for copy work. Copies produced from an electronic format (CM/ECF) are $.10 per page; copies produced from a physical format are $.50 per page. The Court cannot provide copies or mailing service for parties, even indigent plaintiffs. An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). However, in light of Berhanemeskel's pro se status, the Court will send him a one-time courtesy copy of his Complaint.

## II. CONCLUSION

It is therefore ordered that the Clerk of the Court is directed to send to Plaintiff Mickyas Berhanemeskel a courtesy copy of his Complaint (ECF No. 1-1.)

It is further ordered that Berhanemeskel's motion dealing with a missed deadline (ECF No. 10) is denied.

DATED THIS 7th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE